**CV 15   7275**

FILED
CLERK

2015 DEC 18   AM 10: 27

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

~~SAMPLE~~ *Sorry for using*
~~DO NOT SUBMIT THIS~~ *this form*
~~FORM TO THE COURT~~ *I fear*
*Kidnapping when I*
*see this morning my*
*mother & father pictur*
*vanished under my*
*head.*
*12/18/2015*

-------------------------------------------x

[Your Name],  *MARIE L BANKS*

Plaintiff,

- against -  *#1 Joseph Mathieu Eugene*

[Insert Names],  *as seen on Television*
*chanel 25*

COMPLAINT

Jury Trial Demanded

GLEESON, J.

Defendants.

*New York City Council Marie Paquiot*
*#2. Doctor Jacques Marie Paquiot*

SCANLON, M.J.

I.    Parties:

Plaintiff *MARIE L BANKS*, resides at *194 Malcolm x Blvard Apt B3*
*Brooklyn*
*N-Y 11221*

Defendant *Mathieu Eugene* resides at *New York City council*
*40th District*

Defendant *Jacques Marie* resides at *Paquiot (can be trace by U.S Marshall*
*see attached for Genocide*

II.   The jurisdiction of the Court is invoked pursuant to *Murder of my mother to pass*
*Bill of Law "Family Reunification 2012."*
*For Haitians - Not my Tribe*

III.  Statement of Claim. [give a clear and concise statement of facts. Where the claim arose, the
date of each relevant event, a description of what occurred and how each defendant named,
was involved in the claim] *Please Put Back my mother picture*
*with date of death in my apartment -*
*the occupant of Haiti in Power, in the U.S are not*
*my Tribe for me to be use as their Political Medium*
*to conquer*
IV.   Remedy.  State what relief, such as money damages, you seek from each defendant. *the U.S.A*
*300 millions of dollars*

*December 18, 2015*
Date

*Marie L Banks*
Sign Your Name

*347 - 798 - 5224*
Telephone Number

New York

December 15, 2015

### - COMPLAINT-

Chanel  television in New York  25 Sunday 8 am

Quote " DR  Joseph Mathieu Eugene "

I am the City elected official, he said, we had a law project to have family members that are approved for their residential visa, to come to the United States and wait for their green card

The law went into effect , by President Barrack Obama early 2012

Strangely, my mother was brutally tortured, as I record her 85 years old voice , calling my sister's nephew on the phone... the next morning my childhood friend

That gave her a room , after the passing of my sister, her care giver tell me she was dead... my friend son told her mother that the maid hold her blood pressure medication for days

When I went to do the Funeral  they make me hear voices via satellite , to frame my childhood friend who would never hurt my mother or any one in my family

She is a lawyer and a judge, I saw a woman looking like Gladys Beauvoir at the Funeral  Home , coming to take a good look at the body.... I SUSPECTED .... Murder

To bring me on identification thief...

Only two Sunday  ago , I heard Dr Mathieu Eugene  tell the television watcher , that the :     Family Reunification Act'' was signed by Barrack Obama early 2012

My mother was executed june 13, 2011 , her visa appointment date was june 16, 2011

*The superintendent of the building , came with a bunch of mail that belong to a neighbor that move out, at the same time I was talking to the STATE DEPARTMENT to plant on me*

*Following my sister death... the Neigborrhood  Housing Unit at 25 Beaver street in Manhattan  had a code with my sister date of death and my address  194 Malcolm –X Blvard , Brooklyn New York 11221*

*They broke in with the super stole all deed of properties, all birth certificate of me and my sisters, my birth certificate, marriage certificates with and without prenuptial agreement  two with same registration number*

*My mother, my father birth certificate , content modified*

*To hear, passing by on Church Avenue, Haitian Doctor by the transfert of money office said '' How did you expect to have housing deed, for you to become :President of Haiti... forget it ''*

*I have become a 24/7 slave on sleep control via NASA  like a medium , since Dr Jacques Marie Paquiot  told me to run out of my apartment... I am going to become a waste*

*Like the people in Guantanamo Bay, I was Brainwashed... tortured... raped... framed... family murdered in the U.S.A.  and HaITI*

*All record can be subpoena...*

*All Mass murdered  become '' POSEY'' on me and my sisters , my mother while she was alive received phone calls to let her know how they are planning to kill my sisters in the USA with all their kids*

*Two Employees  from Woodhull Hospital, one MTA employee told me they had meeting with them and tell them "ONCE you get ride of them... every thing will be fine for them in the United States Administration"*

*THE police said "They were to close to God" KILL THEM*

Both of U.S. facing / Marie L Banks .
fake accusations < mother of Carl Gervais
for death now                 grand mother of Carl G Junior

*2 of 22*

*one"THE SS sabotage service of NAZI from Haiti "in all administration of Haiti Defense Department and the United States*

*Every night bus loaded of homeless for the Islands and in the U.S.*

*Because section 8 was a Federal Program , now under City of New York  Jihad , the Federal Program was to continue under City .... Identification thief , because it was a second nature to assassinate section 8 recipient for their rent money to continue to come Example : Rose Quinones  rent payment after she assaulted me and police charged me*

*Junon Dominque also want my deportation from the United States for the house she bought...*

*UNDER FAMILY REUNIFICATION LAW ... BY Mathieu Eugene*

*I am only requesting the bodies of my mother... my sisters... my nephew assassinated for coming or being in the United States... not to mention the cells of my brain destroyed by fake medication... like levothyroxine and other electronic*

*Devise from NASA , Television, projectile syringe, rape by coalition with worm and worth  for housing ... all medical record available to subpoena by the Federal Judges*

*And No One , by the grant classes I took , at the Jacob Javits Convention Center become a POLITICAL MEDIUM ... FOR FREE* without consent 27years

*Being used by CONGO/ GUINEAN TRIBES OF HAITI ruling the UNITED STATES*

*SEND ME BACK TO MY NATIVE AMERICAN LAND CALLED : HAITI WITH 300 MILLIONS OF DOLLARS COMPENSATION AND THE REMOVAL OF THEIR TRIBE FROM HAITI AND THE UNITED STATES like "OUT OF Africa"*

Marie Lourdes Banks
U.S. citizen , mother of Carl Gervais
Barned in grand mother of Carl G junior
New York  194 Malcolm X Blvard apt B3
Brooklyn N. y 11221

New York

December 18, 2015

To: Honorable Judge(s)

Assigned to case # 1:15-cv-03821

Honorable (s)

When I was a nursing student in Cap- Haitien, Haiti , my hobby was to go the movie theater of Mr Joe Hija, two movies for one dollars, every month, pay with my student allowance ... fifteen dollars monthly by the Government of Haiti

The New York City comptroller, Dr Jacques Jiha, pay section 8 housing for me since 2006, a program that was closed by the Federal Government ... the reason I left it to the Federal Government to find out... 7

An Haitian Pastor, told me one Sunday "ALL section8 recipient are drug dealer... prostitutes"

Like I was a nurse in Haiti, came in the U.S.A practice nursing until brainwashing

The television program movies... like family Jiha investment in movie have million of viewers watching "Law and order/ Criminal minds / criminal order in wich the unsub  mass murderer of children sold in family court  receiving government money like (native American – section8- social security welfare.... ) are being slaughtered  like an Ethnic Cleasing legal by the United States Constitution , as I heard last night on television

"Two Common Ennemies  to exterminate with militia... Native –American Brittish "

Once Junon Dominique, pay F.B.I  for my home... my way ... peer one ... I see my records added and removed  to produce search ... body kidnapping ... murder

The Jihardist  (ethymology ... Jiha) are on me 24/7 ... sleep control

The unsub show on their movie is usually a Doctor, a  criminal law literate that know wich evidence the court will accept or any grand jury .. I was told  by some



# HAITI PREMIERE CLASSE

EVERY SUNDAY MORNING

8:00 – 10:00

ON

NYC LIFE CHANNEL 25

(TWC, VERIZON, RNC, BROADCAST, & DIRECT TV)

COMCAST
CHANNEL 14

CABLE VISION
CHANNEL 22

ON 91.5 EVERY SUNDAY NIGHT 9 - 11

Also "YouTube & Haitipremiereclasse.com

Tel: 973-673-3900

Info: fayette101@gmail.com

STAR PRINTING CO. 718.771.2180 / 774.8882 starprinting@optonline.net

7
of
22

RECEIVED MAY 18 2015

**New York City Housing Authority**
Customer Contact Center
Telephone: (718) 707-7771
http://nyc.gov/nycha

[ ] Bronx/Manhattan Office
478 East Fordham Road
1 Fordham Plaza 2nd Fl.
Bronx, NY 10458

[ ] Brooklyn/Staten Island Office
787 Atlantic Avenue
2nd Floor
Brooklyn, NY 11238

[ ] Queens Office
90-27 Sutphin Blvd.
4th Floor
Jamaica, NY 11435

Name_____    Date_____

Voucher# 022247 6  Case#_____    Vendor#_____

This is a receipt that the following was received on the date indicated above. Please note that if additional information is needed you will receive notification by mail.

| | | |
|---|---|---|
| ___ Annual Recertification Package | ___ Employer Letter | ___ PA Budget Letter |
| ___ Affirmation of Non- Employment | ___ Employee Termination Letter | ___ Restoration Request |
| ___ Additional Information Form | ___ Five Borough Transfer | ___ Recorded / Unrecorded Deed |
| ___ Alien Registration Card | ___ Interim Change Request | ___ Status Request |
| ___ Attorney's Letter | ___ Informal Conference/Hearing Request | ___ SSI / SSD Award Letter |
| ___ Advocacy Letter | ___ Letter Remove/Add Household Memb. | ___ School Letter |
| ___ Bank Statement(s) | ___ Lease Renewal Form/Lease | ___ Social Security Card |
| ___ Cancellation Transfer Request | ___ Letter from LLC | ___ Special Inspection Request |
| ___ Child Support Letter | ___ Marriage License | ___ Third Party Notification |
| ___ Child Care Letter | ___ Medical Letter/ Medical Bills | ___ T1 Termination Letter |
| ___ Court Stipulation / Notice of Petition | ___ Medical Letter/ Medical Bills | ___ T3 Termination Letter |
| ___ Certificate of Net-worth | ___ MD - 34 | ___ Tax Return / Transcript |
| ___ Certificate of Repairs  / NE2 | ___ Order of Protection | ___ UIB Determination Letter |
| ___ Contribution Letter | ___ Pay Stubs | ___ Utility Bill |
| ___ Declaration of Citizenship | ___ Passport | ___ Veteran's Letter |
| ___ Declaration of Assets | ___ Pension Award Letter | ___ W-2 |
| ___ Debts owed to PHA | ___ Police Report | ___ W-9 |
| ___ Driver's License | ___ Portability Transfer | ___ Worker's Compensation Letter |
| ___ Death / Birth Certificate | ___ Permanent/Conditional Permission Request | ___ 5 Day/10Day/30 Day Notice |

X Other Documents: For 9/1/13 - 8/31/17, Life

Insurance, Int's Letter

For appointments, status updates or any questions, please call (718) 707-7771.



# AIDS
### AND THE DOCTORS OF
# DEATH

## AN INQUIRY INTO THE
## ORIGIN OF THE AIDS EPIDEMIC

## ALAN CANTWELL JR., M.D.

### FOREWORD BY JON RAPPOPORT

1 of 92

13 Jan 06   1144                                                    Page   1 of 1

Elmhurst Hospital Center                          Patient: Banks,Marie
79-01 Broadway                                    MRN: 1477808
Elmhurst, NY   11373                              DOB: 02/15/1956      Sex: F
NYC Health & Hospitals Corp.                      Loc: A11-09 01

Thyroid Stimulating Hormone Level

Collection Time: 7 Jan 06   0852                  Result Time: 9 Jan 06   1510
Specimen:        Serum(7234172)                   Status: complete

Remark         : Spec #7234172: 7 Jan 06   0852
TSH            : 57.46 (0.34 - 5.6) (uIU/mL)

# CHAPTER SEVEN

# The African and Haitian Connection

When I first met Strecker that fateful day in August 1986, it was depressing to hear his prediction that the black population of Africa was doomed. The statement seemed so outrageous and unbelievably pessimistic. But six months later, *TIME* magazine (February 16, 1987) quoted Sam Okware, the Ugandan Minister of Health, as saying: "In the year 2000, one in every two sexually-active adults will be infected."

Along with this biological holocaust, Africans must contend with the belief of AIDS experts who agree unquestioningly that AIDS started in Africa. This belief pervades the science of AIDS in spite of clear-cut epidemiological evidence which indicates that AIDS STARTED IN NEW YORK CITY AROUND THE SAME TIME IT STARTED IN CENTRAL AFRICA, AND IN HAITI.

Gallo, (the co-discoverer of the AIDS virus), continues to promote his theory of an African origin for AIDS in articles like the one he wrote for *Scientific American* (The AIDS virus, January 1987). According to Gallo, "AIDS is probably the result of a new infection of human beings that began in central Africa, perhaps as recently as the 50s. From there it probably spread to the

111

12
of
22

**New York City Housing Authority**
Customer Contact Center
Telephone: (718) 707-7771
http://nyc.gov/nycha

☐ Bronx/Manhattan Office      ☐ Brooklyn/Staten Island Office      ☐ Queens Office
478 East Fordham Road          787 Atlantic Avenue                  90-27 Sutphin Blvd.
1 Fordham Plaza 2nd Fl.         2nd Floor                            4th Floor
Bronx, NY 10458                 Brooklyn, NY 11238                   Jamaica, NY 11435

Name _Marie Senat_          Date _5/1/15_

Voucher# _D22247_       Case# _____       Vendor# _____

This is a receipt that the following was received on the date indicated above. Please note that if additional information is needed you will receive notification by mail.

| | | |
|---|---|---|
| __ Annual Recertification Package | __ Employer Letter | __ PA Budget Letter |
| __ Affirmation of Non-Employment | __ Employee Termination Letter | __ Restoration Request |
| __ Additional Information Form | __ Five Borough Transfer | __ Recorded / Unrecorded Deed |
| __ Alien Registration Card | __ Interim Change Request | __ Status Request |
| __ Attorney's Letter | __ Informal Conference/Hearing Request | __ SSI / SSD Award Letter |
| __ Advocacy Letter | __ Letter Remove/Add Household Memb. | __ School Letter |
| __ Bank Statement(s) | __ Lease Renewal Form/Lease | __ Social Security Card |
| __ Cancellation Transfer Request | __ Letter from LLC | __ Special Inspection Request |
| __ Child Support Letter | __ Marriage License | __ Third Party Notification |
| __ Child Care Letter | __ Medical Letter/ Medical Bills | __ T1 Termination Letter |
| __ Court Stipulation / Notice of Petition | __ Medical Letter/ Medical Bills | __ T3 Termination Letter |
| __ Certificate of Net-worth | __ MD - 34 | __ Tax Return / Transcript |
| __ Certificate of Repairs / NE2 | __ Order of Protection | __ UIB Determination Letter |
| __ Contribution Letter | __ Pay Stubs | __ Utility Bill |
| __ Declaration of Citizenship | __ Passport | __ Veteran's Letter |
| __ Declaration of Assets | __ Pension Award Letter | __ W-2 |
| __ Debts owed to PHA | __ Police Report | |
| __ Driver's License | __ Portability Transfer | __ Worker's Compensation Letter |
| __ Death / Birth Certificate | __ Permanent/Conditional Permission Request | __ 5 Day/10Day/30 Day Notice |

RECEIVED
MAY 01 2015
Brooklyn Customer Contact Cent.

__ Other Documents: _Conv Preterm (letter)_

For appointments, status updates or any other questions, please call (718) 707-7771.

+ 2 pages
Addendum

13
of
22

-Addendum - P,

The Attorney General of New York-
envoy- Got murdered in Cap-Haitien
Haiti Rue (street 8 K-L) For investigating
the BANK of Haiti street employee not
me (Cambeese (Cambiste) Cap-
Haitian NASA worker by meteorology
sent a rain, dropped a wall on him
By asteroid technic on his head/body
He died instantly - only him, while he
was sitting with several others on the
side walk ... Ref: Haitian/Radio Cap Haitien
I raised my concern to 103rd Precent
Detective - I raised my concern to 26
Federal Plaza employee both agencies
employees said:
                    "NO Jurisdiction on what hap-
pened in Haiti, please voice your concern
to the Attorney General for investigation
I just want to Know why I received
Brain washing - Tortures - Rape - Assassi-
nation of my mother - sisters - nephew -
an Hate crime that used me as a Political
Medium for Twenty seven years after Doctor
Jacques Marie Paquiot asked me to Run out
in two weeks I will be a waste. -
        - NO consent signed by Marie L Banks

— Addendum - P₂

#1. D⁻ Jacques Marie Paquiot can Be Trace from the Motor Vehicle mini van Dodge he was driving on Hillside Avenue Queens with a woman and children.    C W P 2 6 9 2  — He dropped on the Dunkin Donut store 179 Hillside ave

#2 a) Columbia University school of Nutrition school of Martial Arts — Animal Science school at Farmingdale Long Island (school I heard was closed?) while his associates were still on Campus

b) Sorority-Brotherhood "PHi B Kappa" Dear U.S. Marshall Trace this Genocide Agent involved in Human sell -Land Robbery -Mutual Fund- one Patner alive the other one alive
He denied telling me to run out in 2 weeks

#3. He wrote on Haitian news paper "Haiti observator" under -Pseudonym -Like the Author of the Book Brainwashing —one name for the writer -one for the Professional Doctor - Nutritionist - Animal Science - Manipulator of -Ivory Coast -
I want Justice 1989-2015

## Addendum P3

#1. My sister Rose Mary Banks, coerced by the Coalition, become like a fugitive for refusing to share her American children borned in the United States to smuggle Haitians children to the U.S. From Elizabeth N.J She suffer from:

Thyroid Conditions
Brain Tumor
Bleeding

Like my father and her sister did to survive in Haiti, she denied having any family in the U.S. We are same mother - same father. I want to know if she is alive.

#2. My sister's Picture Carolle BANKS Gailand and my father have been removed in my bedroom draw by Junon Dominique - Bedford St w J ve sant Army last month - She is in danger in Haiti with them...

#3. I had to come to the Court, requested to put a stamp on my sister's picture to stop the dismantlement for Court not to accept evidence of her existence

16 of 22

in the United States as student
#4. My sister died and burried
in Staten Island Cemetary 1985

Marie L Banks
194 Malcolm x Bl.
apt B3 Brooklyn
N.Y 11221

# A Synthesis of the

# *Russian*

# *Textbook* on

# *Psychopolitics*

PSYCHOPOLITICS — The art and science of asserting and maintaining dominion over the thoughts and loyalties of individuals, officers, bureaus, and masses, and the effecting of the conquest of enemy nations through "mental healing."





CENTRAL LIBRARY REFERENCE



 United States Department of State
National Visa Center
31 Rochester Ave, Suite 200
Portsmouth, NH 03801-2915

MARIE LOURDES BANKS
PETITIONER
PO BOX 750192
FOREST HILLS, NY 11375
[barcode]                          CHECKLIST


April 19, 2011

NVC Case Number: PTP2010627068

Dear MARIE LOURDES BANKS:

We have reviewed the documents which you submitted in support of an application for an immigrant visa. Please review the information listed under each applicant's name and provide any documents which are indicated as missing or need additional information. You must submit the required information. Failure to provide the requested information will delay your immigrant visa interview.

Please read the enclosed information to determine where to send all required copies of missing documents. If you have any questions regarding this letter, please call the National Visa Center at (603) 334-0700 between the hours of 7:30am and midnight ET.

Please include a copy of this letter with your correspondence and write your case number clearly (exactly as it appears below) on the upper right-hand corner of all documents.

From the date you mail or transmit the requested information, please allow 20 business days for NVC to review this documentation/your mail. When we complete our review, the NVC will notify you/petitioner/beneficiary/attorney with information regarding the next processing step.

If a period of one year passes without contacting the NVC (by e-mail, telephone, or mail), all submitted fees and documents will expire. Upon expiration, the fees and documents would need to be resubmitted in order to continue the immigration process.


Case Number:          PTP2010627068
Beneficiary's Name:   BANK MENARD, ANNE MERCIE IMMACULA
Preference Category:  IR5 - PARENT OF US CITIZEN
Priority Date:        15MAR2010

18
of
22





RECEIVED
AUG 2  2015
PRO SE OFFICE

19
of
22

Enregistré au Bureau Central de Nursing le 11 Avril 1979 au No. 13 e/7

Directrice du Bureau de Nursing

Vu: Pour Identification de la Signature du Secrétaire d'Etat de l'Education Nationale.

Fait le 9/12/...

REPUBLIQUE D'HAITI

# UNIVERSITE D'ETAT

# DIPLOME D'INFIRMIERE

## AU NOM DE LA REPUBLIQUE

Enregistré au Secrétariat Général de l'Université d'Haïti le 20 Avril 1979 au No. 127

Le Secrétaire Général

Nous, Secrétaire d'Etat de l'Education Nationale,

Vu le Procès-verbal dressé par le Comité d'Examens le 18 Août 1978 et transmis à la Secrétairerie d'Etat de l'Education Nationale par le Secrétaire d'Etat de la Santé Publique et de la Population, constatant que:

Mademoiselle Mlle Lourdes Banks

née à Cap-Haïtien Département Nord

a subi avec succès les examens pour l'obtention du titre d'INFIRMIERE

En vertu de la loi du 31 Octobre 1949 lui décernons le présent diplôme pour en jouir selon les droits, prérogatives et conditions prévus par les lois, arrêtés et règlements en vigueur.

Fait et scellé à Port-au-Prince, le 18 Septembre 1978

Directrice de l'Ecole d'Infirmières

Secrétaire d'Etat de la Santé Publique et de la Population

Secrétaire d'Etat de l'Education Nationale

Recteur de l'Université





